UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C.: CA 03-422L & CA 03-457L
   C.A.#_______________

2. TITLE OF CASE - Mills v. Brown; Mills v. Cinquegrana

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):

   Geraldine Mills
   191 Squqntum Dr
   Warwick, RI 02888

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

   Mills: James Currier, 128 Dorrance St., Prov., RI 02903
   Cinquegrana: Richard Fleury, 4172 Post Rd., East Greenwich, RI 02818

5. NAME OF JUDGE: RONALD R. LAGUEUX

| | | | |
|---|---|---|---|
| 6. | COURT-APPOINTED COUNSEL | ___YES | __x_NO |
| 7. | FEE PAID | _x__YES | ___NO |
| 8. | IN FORMA PAUPERIS | _____YES | _x___NO |
| 9. | GUIDELINES CASE | ______YES | ___NO |
| 10. | RELATED CASE ON APPEAL | ______YES | |
| | C.C.A. # (IF AVAILABLE) | _______ | |
| | DATE OF LAST N.O.F.A. FILED | __________ | |

11. SPECIAL COMMENTS:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

July 11, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: ***CA 03-422 and 03-457L***

Dear Mr. Donovan:

Enclosed herewith you will find the RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court

*Barbara J. Gilfillan*
DEPUTY CLERK

ENC: Certified Docket

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, the_____11th_____day of July A.D., 2005.

David A. DiMarzio, CLERK

BY: *Barbara J. Gilfillan*
DEPUTY CLERK