MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2061

DC# 03-00422
Judge Lagueux
USDC / RI

GERALDINE MILLS,

Plaintiff, Appellant,

v.

STEVE BROWN, ET AL.,

Defendants, Appellees.

No. 05-2062

DC# 03-00457
Judge Lagueux
USDC / RI

GERALDINE MILLS,

Plaintiff, Appellant,

v.

DEBORAH CINQUEGRANA, ET AL.,

Defendants, Appellees.

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

M. Price
Deputy Clerk

Date: 5/16/06

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: September 27, 2005

Essentially for the reasons given by the district court in its decision and order, dated June 8, 2005, we agree that the court lacked jurisdiction over plaintiff's complaint. Therefore, the dismissal of the complaint is affirmed.

Appellant's "emergency motion to maintain medical records of Sarah Brown" is denied.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

[cc: Geraldine Mills, Peter P. Mitrano, Esq., James A. Currier, Esq. and Richard E. Fleury, Esq.]